# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-01-00497-CV

**Dawn Schuetz, Appellant**

**v.**

**Michelle Marie Schuetz, Appellee**

### FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT
### NO. 11,402, HONORABLE DON MORGAN, JUDGE PRESIDING

**PER CURIAM**

On August 17, 2001, appellant Dawn Schuetz filed a notice of appeal in this Court. Appellant sought to appeal temporary orders issued by the district court in a divorce and child custody suit. The district court signed the temporary orders on June 25, 2001. Appellant's notice of appeal was filed fifty-three days later. It appears that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.1, 26.3. We therefore dismiss the appeal for want of jurisdiction. Tex. R. App. P. 42.3(a).

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed: October 11, 2001

Do Not Publish